IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LISA ANN VANDENBERG,<br><br><div align="right">Debtor.</div> | Chapter 13 Proceedings<br><br>Case No. 09-bk-23387<br><br><br>ORDER INCORPORATING<br>MEMORANDUM DECISION DATED<br>MAY 21, 2012 |

Based upon this Court's Memorandum Decision dated May 21, 2012, which is incorporated herein by reference:

IT IS ORDERED denying the Debtor's Motion for Stay Pending Appeal..

IT IS FURTHER ORDERED directing the Clerk's Office to provide <u>immediate</u> notice of this Order to all interested parties.

DATED this 21st day of May, 2012.

_Sarah Sharer Curley_
Honorable Sarah Sharer Curley
United States Bankruptcy Judge

1